**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| MOSHE Z. MARVIT,<br>*Plaintiff*,<br>v.<br>DONALD J. TRUMP, *et al.*,<br>*Defendants*. | Case No.: 1:26-cv-01563 (RCL) |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Moshe Z. Marvit hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice, against all Defendants.

DATED: September 2, 2026

Respectfully submitted,

**KATZ BANKS KUMIN LLP**

/s/ Hugh Baran
Hugh Baran (he/him) (D.C. Bar No. 90037091)
Emma Walters (she/her) (D.C. Bar No. 90041815)
Katz Banks Kumin LLP
111 Broadway, Suite 1403
New York, NY 10006
(646) 759-4501
baran@katzbanks.com
walters@katzbanks.com

Lisa Banks (she/her) (D.C. Bar. No. 470948)
Pamela J. Stone (she/her) (D.C. Bar No. 90036964)
Katz Banks Kumin LLP
11 Dupont Circle, NW, Suite 600
Washington, DC 20036
(202) 299-1140
banks@katzbanks.com
stone@katzbanks.com

*Counsel for Plaintiff Moshe Z. Marvit*